IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CIRCUIT OF THE AMERICAS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY W. SEITZ, O. DAVID MCGINNIS, and JOHN H. LANG, II,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-2745<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR TRADEMARK INFRINGEMENT, COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION, AND UNJUST ENRICHMENT**

Plaintiff Circuit of the Americas LLC brings this action under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, the Copyright Act, 17 U.S.C. § 501 *et seq.*, and Texas common law for trademark and copyright infringement, unfair competition, and unjust enrichment. Plaintiff alleges as follows:

**PARTIES**

1. Plaintiff Circuit of the Americas LLC ("COTA") is a Delaware limited liability company with a principal place of business at 9201 Circuit of the Americas Blvd., Austin, Texas 78617.

2. On information and belief, Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II are individuals purporting to do business as Teton Solutions, LLC and/or Teton Parking Solutions (collectively, "Teton"), a business located in Dallas, Texas.

**JURISDICTION AND VENUE**

3. This is an action for trademark infringement and false designation of origin under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"), copyright infringement under 17 U.S.C. § 501 *et seq.*, and other related claims under federal and Texas law.

4. This Court has subject-matter jurisdiction over COTA's federal claims under 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over COTA's related state-law claims under 28 U.S.C. § 1367(a).

5. This Court has personal jurisdiction over Teton due to its business activities in this District.

## FACTS

### A. COTA's Business and Its Trademarks and Copyrights

6. COTA owns the marks CIRCUIT OF THE AMERICAS, COTA, and related marks and logos (the "COTA Marks").

7. COTA uses the COTA Marks in connection with some of the most prestigious racing events in the world, including the Formula 1 United States Grand Prix. COTA also uses these marks in connection with a range of other sporting and entertainment services such as driving experiences and concerts, as well as on products such as hats, clothing, and other merchandise under the marks.

8. COTA has expended considerable effort and expense in advertising and promoting its goods and services under the COTA Marks, and the public strongly associates the COTA Marks with COTA.

9. In accordance with the provisions of the Lanham Act, COTA has registered and applied to register various marks, including the marks CIRCUIT OF THE AMERICAS, COTA, the Flame Logo, and the outline of the COTA track on the Principal Register of the United States Patent and Trademark Office (the "COTA Registrations" and "COTA Applications"). The table below contains details for the COTA Registrations and COTA Applications.

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| **CIRCUIT OF THE AMERICAS** | 4386191 | 2013-08-20 | **Class 41**: Entertainment in the nature of motorsports; Entertainment in the nature of automobile racing and exhibitions; Motorsport event services, namely, arranging, organizing, operating and conducting motorsport races; Educational services, namely, providing motorsport driving instructions and training; Providing educational or entertainment information in connection with sporting and cultural activities; Education and providing of training, namely, providing classes, seminars and workshops in the field of motorsports; Organizing community sporting and cultural events; Arranging and conducting of concerts; Arranging and conducting of educational conferences; Arranging professional workshops; Booking of seats for shows; Booking of seats for sporting events; discotheque services; Entertainment information; Operation of leisure facilities for sporting events, tournaments and competitions; Organization of music events, namely, live music concerts; Organization of sporting events and activities, namely, motorsports; Organization of cultural events and arts events; Organization of sports competitions, education exhibitions and social entertainment events; Organization of exhibitions for |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| | | | cultural or educational purposes; Organization of shows for cultural purposes; Organization of sports competitions; Presentation of live show performances; Providing sports facilities; Providing sports information by electronic means; Provision of recreation facilities for sports events, tournaments and competitions; entertainment ticket agency services; Timing and time recording for sporting events; Reservation of tickets on the Internet for entertainment; Website portal services, namely, providing an Internet website portal in the field of entertainment, cultural and sporting events |
| **Flame Logo** | 4310353 | 2013-03-26 | **Class 25**: Clothing, namely, shirts and tops; sweatshirts; hats; caps; jackets |
| **CIRCUIT OF THE AMERICAS** | 4440308 | 2013-11-26 | **Class 35**: Online retail store services featuring apparel, hats, caps, headgear, keychains, mugs, beverageware, lapel pins, lanyards, pennants, decals, and related consumer goods |
| **CIRCUIT OF THE AMERICAS** | 4350635 | 2013-06-11 | **Class 25**: Sweatshirts; jackets |
| **CIRCUIT OF THE AMERICAS** | 4259319 | 2012-12-11 | **Class 25:** Clothing, namely, shirts and tops; hats; caps; coats |
| **COTA** | 7976191 | 2025-10-07 | **Class 41:** Entertainment in the nature of motorsports races; Entertainment services in the nature of automobile racing and exhibitions; Organization, arranging and conducting of auto races; Arranging and conducting of professional |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| | | | workshops in the field of motorsports; Entertainment information; Providing sports information; Ticket reservation and booking services for entertainment, sporting and cultural events; Arranging and conducting of concerts; Organization of sports competitions; Organization of shows for cultural purposes; Providing live music performance venues; Presentation of live show performances; Organizing, arranging, and conducting motorsports events; Providing facilities for recreation activities; Providing sports facilities; Arranging and conducting special events for social entertainment purposes; Entertainment in the nature of providing closed-course driving experiences featuring racing cars; Training services in the field of motorsports; Providing a website featuring entertainment information in the fields of motorsports and entertainment events; Organization of exhibitions for cultural or educational purposes; Rental of stadium facilities |
| CIRCUIT OF THE AMERICAS | 7976192 | 2025-10-07 | **Class 41:** Entertainment in the nature of motorsports races; Entertainment services in the nature of automobile racing and exhibitions; Organization, arranging and conducting of auto races; Arranging and conducting of professional workshops in the field of |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| | | | motorsports; Entertainment information; Providing sports information; Ticket reservation and booking services for entertainment, sporting and cultural events; Arranging and conducting of concerts; Organization of sports competitions; Organization of shows for cultural purposes; Providing live music performance venues; Presentation of live show performances; Organizing, arranging, and conducting motorsports events; Providing facilities for recreation activities; Providing sports facilities; Arranging and conducting special events for social entertainment purposes; Entertainment in the nature of providing closed-course driving experiences featuring racing cars; Training services in the field of motorsports; Providing a website featuring entertainment information in the fields of motorsports and entertainment events; Organization of exhibitions for cultural or educational purposes; Rental of stadium facilities |
|  | 7976193 | 2025-10-07 | **Class 41:** Entertainment in the nature of motorsports races; Entertainment services in the nature of automobile racing and exhibitions; Organization, arranging and conducting of auto races; Arranging and conducting of professional workshops in the field of motorsports; Entertainment |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| | | | information; Providing sports information; Ticket reservation and booking services for entertainment, sporting and cultural events; Arranging and conducting of concerts; Organization of sports competitions; Organization of shows for cultural purposes; Providing live music performance venues; Presentation of live show performances; Organizing, arranging, and conducting motorsports events; Providing facilities for recreation activities; Providing sports facilities; Arranging and conducting special events for social entertainment purposes; Entertainment in the nature of providing closed-course driving experiences featuring racing cars; Training services in the field of motorsports; Providing a website featuring entertainment information in the fields of motorsports and entertainment events; Organization of exhibitions for cultural or educational purposes; Rental of stadium facilities |
| **COTA** | 99026484 | 2025-02-03 | **Class 25:** clothing, namely, tops, bottoms, shirts, pants, shorts, jackets, coats, sweaters, sweatshirts, track suits, skirts, dresses, belts, jerseys, ties, and one-piece garments for children; Scarves; Headwear; Hats; Footwear; Socks; Shoes.<br><br>**Class 35:** Retail store services featuring apparel, hats, |

| Mark | Reg./App. No. | Reg./App. Date | Services |
| --- | --- | --- | --- |
| | | | headwear, footwear, toys, dolls, sporting goods, games, figurines, jewelry, holiday decorations, home décor items, gift items and souvenirs, sports collectibles, housewares, food and beverages, gift certificates, fashion accessories, automotive parts and accessories, personal care items, hair accessories, art, sunglasses, stuffed animals, keychains, beverageware, insulated beverage sleeves, bleacher seats, pads and cushions, patches, lapel pins, towels, blankets, ornaments, golf balls, umbrellas, lanyards, writing instruments, license plate frames, bags, backpacks, pennants, and decals; On-line retail store services featuring apparel, hats, headwear, footwear, toys, dolls, sporting goods, games, figurines, jewelry, holiday decorations, home décor items, gift items and souvenirs, sports collectibles, housewares, food and beverages, gift certificates, fashion accessories, automotive parts and accessories, personal care items, hair accessories, art, sunglasses, stuffed animals, keychains, beverageware, insulated beverage sleeves, bleacher seats, pads and cushions, patches, lapel pins, towels, blankets, ornaments, golf balls, umbrellas, lanyards, writing instruments, license plate frames, bags, backpacks, pennants, and decals. |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| CIRCUIT OF THE AMERICAS | 99026501 | 2025-02-03 | **Class 25:** Clothing, namely, tops, bottoms, shirts, pants, shorts, jackets, coats, sweaters, sweatshirts, track suits, skirts, dresses, belts, jerseys, ties, one piece garment for children; Scarves; Headwear; Hats; Footwear; Socks; Shoes.<br><br>**Class 35:** Retail store services featuring apparel, hats, headwear, footwear, toys, dolls, sporting goods, games, figurines, jewelry, holiday decorations, home décor items, gift items and souvenirs, sports collectibles, housewares, food and beverages, gift certificates, fashion accessories, personal care items, hair accessories, art, sunglasses, stuffed animals, keychains, beverageware, insulated beverage sleeves, bleacher seats, pads and cushions, patches, lapel pins, towels, blankets, ornaments, golf balls, umbrellas, lanyards, writing instruments, license plate frames, bags, backpacks, pennants, and decals; On-line retail store services featuring apparel, hats, headwear, footwear, toys, dolls, sporting goods, games, figurines, jewelry, holiday decorations, home décor items, gift items and souvenirs, sports collectibles, housewares, food and beverages, gift certificates, fashion accessories, personal care items, hair accessories, art, sunglasses, stuffed animals, keychains, |

| Mark | Reg./App. No. | Reg./App. Date | Services |
|---|---|---|---|
| | | | beverageware, insulated beverage sleeves, bleacher seats, pads and cushions, patches, lapel pins, towels, blankets, ornaments, golf balls, umbrellas, lanyards, writing instruments, license plate frames, bags, backpacks, pennants, and decals. |

10. The COTA Registrations are valid and subsisting. True and correct copies of these registrations are attached as **Exhibit A**.

11. True and correct copies of the COTA Applications are attached as **Exhibit B.**

12. The COTA Registrations constitute *prima facie* evidence of: (a) the validity of the marks and registrations; (b) COTA's ownership of the COTA Marks; and (c) COTA's exclusive right to use the COTA Marks in connection with the goods and services specified in the registrations. 15 U.S.C. §§ 1057(b) and 1115(a). In addition, COTA's Registrations constitute constructive notice of COTA's claim of ownership of the COTA Marks. 15 U.S.C. § 1072.

13. In addition to these extensive trademark rights, COTA has invested substantial effort and expense in the design of the COTA track and owns a copyright registration in the design. *See* **Exhibit C**, U.S. Copyright Reg. No. VA 1-880-885.

14. The copyrighted track drawing has appeared on official COTA merchandise, including t-shirts, on the home page of COTA's website, and in other press materials. The track design is an original work of authorship created on behalf of COTA.

**B. Teton's Infringing Activities**

15. On information and belief, Teton oversees the design, construction, and operation of automated parking solutions.

16. In or around April 2026, Teton promoted to potential investors its automated parking and storage facility with showroom and event space to be built near COTA's facilities, prominently using the COTA Marks and the COTA track design in an investor pitch deck including the images shown below:




The COTA track design:




And, COTA Marks:

17. Teton also copied and linked the COTA Flame Logo mark, stylization, and logo directly with the names GARAGES OF THE AMERICAS AUTOMATED AUTO AND SELF-STORAGE FACILITY and GARAGES OF THE AMERICAS AT COTA:

GARAGES OF THE AMERICAS AUTOMATED AUTO AND SELF-STORAGE FACILITY

GARAGES OF THE AMERICAS AT COTA

18. Teton prominently features COTA and its events throughout the slide deck (including extensive text, photos, and images), which falsely and misleadingly suggests that Teton's facility is officially affiliated with COTA or related to COTA in some way.

19. Teton's use of the COTA Marks in this manner is likely to cause consumer confusion, including by suggesting a connection between Teton and COTA. Such use is also likely to dilute the distinctiveness of the COTA Marks.

20. In addition, Teton's unauthorized use of the COTA track design violates COTA's copyright in that design.

21. Teton's infringing activities are and have been deliberate, willful, intentional, and/or in bad faith.

**C. Effects of Teton's Infringement**

22. Teton's use of the COTA Marks in soliciting investors and advertising its services to consumers is unauthorized. Teton's conduct is likely to cause confusion, mistake, or deception as to affiliation, connection, or association with COTA, or as to the origin, sponsorship, or approval of Teton's services by COTA.

23. Teton's unauthorized use of the COTA Marks irreparably damages COTA's goodwill and reputation as the owner of the COTA Marks.

24. Teton's unauthorized use of the COTA Marks unfairly allows it to trade off and unjustly benefit from COTA's goodwill and reputation.

25. Teton's unauthorized use of the COTA Marks deprives COTA of the ability to control the quality of the services offered under the COTA Marks.

## COUNT I: FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114(1))

26. COTA incorporates and re-asserts the allegations above.

27. COTA owns federally registered rights in the distinctive COTA Marks.

28. COTA has priority over Teton through its senior use in commerce and through the COTA Registrations.

29. COTA has not given Teton authorization to use the COTA Marks or any confusingly similar marks.

30. Teton's unauthorized use of the COTA Marks and confusingly similar marks is likely to cause confusion, to cause mistake, or to deceive.

31. Teton's conduct thus infringes COTA's federally registered trademark rights in violation of 15 U.S.C. § 1114(1).

## COUNT II: FEDERAL UNFAIR COMPETITION
## (15 U.S.C. § 1125(A))

32. COTA incorporates and re-asserts the allegations above.

33. COTA owns enforceable common-law rights in the distinctive COTA Marks.

34. COTA has priority over Teton through its senior use in commerce.

35. COTA has not given Teton authorization to use the COTA Marks or any confusingly similar marks.

36. Teton's unauthorized use of the COTA Marks and confusingly similar marks is likely to cause confusion, to cause mistake, or to deceive as to the parties' affiliation, connection, or association, and also as to the origin, sponsorship, or approval of Teton's services and commercial activities.

37. Teton's conduct thus violates 15 U.S.C. § 1125(a).

## COUNT III: FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

38. COTA incorporates and re-asserts the allegations above.

39. The acts of Teton complained of herein constitute infringement of COTA's registered copyright in violation of 17 U.S.C. § 501.

## COUNT IV: COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

40. COTA incorporates and re-asserts the allegations above.

41. COTA owns enforceable common-law rights in the distinctive COTA Marks under Texas law.

42. COTA has priority over Teton through its senior use in Texas.

43. COTA has not given Teton authorization to use the COTA Marks or any confusingly similar marks.

44. Teton's unauthorized use of the COTA Marks and confusingly similar marks is likely to cause confusion, to cause mistake, or to deceive.

45. Teton's conduct thus infringes COTA's trademark rights in violation of Texas common law.

## COUNT V: COMMON LAW UNJUST ENRICHMENT

46. COTA incorporates and re-asserts the allegations above.

47. Teton's unauthorized use of the COTA Marks unjustly enables it to trade off of COTA's goodwill, which has been built up through COTA's great labor and expense.

48. Teton's unauthorized use of the COTA Marks allows it to gain acceptance for its services not solely on its own merits, but on the reputation and goodwill of COTA.

49. Teton's unauthorized use of the COTA Marks unjustly enriches it at COTA's expense, creates an undue advantage, and confers benefits that should belong solely to COTA.

50. Teton's conduct thus constitutes unjust enrichment under Texas common law.

51. Teton's unauthorized use of the COTA Marks threatens to impair COTA's ability to control its reputation and the goodwill symbolized by the COTA Marks, and COTA lacks an adequate remedy at law for that ongoing harm.

## PRAYER

COTA asks the Court to:

a. Enter judgment finding for COTA and against Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II on all of the claims in this complaint;

b. Preliminarily and permanently enjoin Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II—including their agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of them—from all use of the COTA Marks and any other confusingly similar marks;

c. Order Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II to recall and destroy any and all investment, marketing (including social media marketing),

advertising and promotional materials, signage, and all other materials bearing the COTA Marks or any other confusingly similar marks;

d. Order Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II to file with this Court and to serve on COTA, within 30 days after the entry of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Teton has complied with the injunction;

e. Award COTA all monetary relief to which it may be entitled under 15 U.S.C. § 1117, 17 U.S.C. § 504, and Texas law, including Defendants Gregory W. Seitz, O. David McGinnis, and John H. Lang, II's profits, any damages sustained by COTA, treble damages, statutory damages, costs of this action, and any enhanced or exemplary relief the Court finds warranted;

f. Award COTA its reasonable attorney's fees to the extent permitted by 15 U.S.C. § 1117(a), 17 U.S.C. § 505, and other applicable law;

g. Award COTA the costs of this action under 15 U.S.C. § 1117(a), 17 U.S.C. § 505, and Federal Rule of Civil Procedure 54(d)(1);

h. Award COTA prejudgment and post-judgment interest; and

i. Award COTA any other relief the Court may deem appropriate.

## JURY DEMAND

COTA demands a jury trial on all issues triable by jury under Federal Rule of Civil Procedure 38.

Dated: September 29, 2026

Respectfully submitted,

*/s/ William G. Barber*
William G. Barber

Texas Bar No. 01713050
Robert A. Rhodes
Texas Bar No. 24116958
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
bbarber@pirkeybarber.com
rrhodes@pirkeybarber.com

*Attorneys for Plaintiff Circuit of the Americas LLC*